**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| BLAS MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-00977 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On June 6, 2017, the magistrate judge issued a Report and Recommendation

(DE #19), to which no timely objections have been filed.  The Report and Recommendation is

therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For

the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on

the Administrative Record (Docket N. 14) is DENIED, and the Commissioner's decision is

AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 30th day of June 2017.

_____
ALETA A. TRAUGER
U.S. District Judge